| | | | |
|---|---|---|---|
| Com. v. Wild | 1685 MDA 2015<br>Affirmed | 12/30/2016 | CP–35–CR–0000249–2014<br>(Lackawanna) |
| Com. v. Bailey | 2125 MDA 2015<br>Affirmed | 12/30/2016 | CP–28–CR–0001077–2011<br>(Franklin) |
| Com. v. Battle | 2159 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/30/2016 | CP–40–CR–0000273–2013<br>(Luzerne) |
| Com. v. Demanche | 5 MDA 2016<br>Affirmed | 12/30/2016 | CP–67–CR–0005999–2014<br>(York) |
| Com. v. Russell | 30 MDA 2016<br>Affirmed | 12/30/2016 | CP–49–CR–0001329–2014<br>(Northumberland) |
| Com. v. Knaub | 106 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/30/2016 | CP–67–CR–0005598–2012<br>CP–67–CR–0005601–2012<br>CP–67–CR–0005633–2012<br>(York) |
| R.L.M. v. E.M. | 481 MDA 2016<br>Affirmed | 12/30/2016 | 2013–0031<br>(Centre) |
| D.B. v. L.M.F. | 983 MDA 2016<br>Affirmed | 12/30/2016 | 10–02282<br>(Lancaster) |
| Com. v. Oldfield | 1134 MDA 2016<br>Affirmed | 12/30/2016 | CP–67–CR–0005960–2013<br>(York) |
| In re Term. Par. Rights to N'D.S. | 1157 MDA 2016<br>Affirmed | 12/30/2016 | 36–2016–0510<br>36–2016–0511<br>(Lancaster) |
| Com. v. Williams | 547 WDA 2015<br>Vacated and<br>Remanded | 12/30/2016 | CP–02–CR–0008206–2014<br>(Allegheny) |
| McArdle v. Hufnagel | 1056 WDA 2015<br>Affirmed | 12/30/2016 | GD 14–022519<br>(Allegheny) |
| Com. v. Bazhutin | 1338 WDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 12/30/2016 | CP–02–CR–0008005–2014<br>(Allegheny) |
| Pagnozzi v. Partridge | 1812 WDA 2015<br>Affirmed | 12/30/2016 | No. 347 of 2012, G.D.<br>(Fayette) |